UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                    CASE NO: 2:16-cr-68-FtM-UACM

JORGE GUERRERO-TORRES

_____

## **ORDER**

This matter comes before the Court on the Motion to Reschedule Defendant's Status Conference (Doc. #22) filed on July 1, 2016.  Counsel moves the Court to reschedule the status conference currently scheduled for July 11, 2015.  As grounds, Counsel indicates he will be unavailable due to previously arranged international travel. Counsel further enters a "waiver of speedy trial".

For good cause shown, this case is continued until the September 2016 trial term, commencing September 6, 2016. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant(s) in a speedy trial.  The Court, therefore, determines that the time from today until the end of the September 2016 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h). Another status conference is scheduled for **August 8, 2016** at **9:30 AM** before the undersigned.

Accordingly, it is now

**ORDERED:**

The Motion to Reschedule Defendant's Status Conference (Doc. 22) is **GRANTED**.

**DONE AND ORDERED** at Fort Myers, Florida, this July 5, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record