UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 2:16-cr-68-FtM-38CM

JORGE GUERRERO-TORRES
_____

**PRELIMINARY ORDER OF FORFEITURE**

The United States moves, pursuant to 18 U.S.C. § 2253, and Rule 32.2(b)(2) for a preliminary order of forfeiture for a white Samsung cellular telephone, Model SM-G900P, DEC 256691517509905748, HEX 99000467972654, made in China.

Being fully advised of the relevant facts, the Court finds as follows:

Following a jury trial, the defendant was found guilty of possession of one or more matters which contained a visual depiction that had been produced using materials which had been transported in by interstate of foreign commerce or, by any means including by computer, where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2), and one count of enticement of a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction using materials that had been transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2251(a) of the Indictment.

The United States has established the requisite nexus between the defendant's crimes of conviction and the asset identified above. Thus, the government is entitled to forfeit of the asset, pursuant to the provisions of 18 U.S.C. § 2253, and Federal Rule of Criminal Procedure 32.2(b)(2).

Accordingly, it is **ORDERED** that the motion of the United States is **GRANTED**. Pursuant to 18 U.S.C. § 2253, and Federal Rule of Criminal Procedure 32.2(b)(2), the asset identified above is **FORFEITED** to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 18 U.S.C. § 2253(b).

It is **FURTHER ORDERED** that, this order shall become a final order of forfeiture at sentencing.

The Court retains jurisdiction to complete the forfeiture and disposition of the asset.

**ORDERED** in Fort Myers, Florida, this 10th day of August, 2017.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties\Counsel of Record