UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                         CASE NO: 2:16-cr-68-FtM-38CM

JORGE GUERRERO-TORRES

## **ORDER**

This matter comes before the Court on the Unopposed Motion to Direct Lee County Sheriff Mike Scott and the Lee County Jail to Make Arrangements So That Defendant Can Have a Legal Call (Unmonitored) With His Appellate Attorney of Record (Undersigned Counsel) (Doc. #150) filed on May 22, 2018. Counsel moves the Court for an order allowing Guerrero-Torres to participate in an unmonitored legal call to discuss his appeal. As grounds, counsel indicates the defendant is currently being held on state charges and thus, being held in state custody. As such, the jail requires a court order to allow the unmonitored call with Robert Godfrey, Assistant Federal Public Defender, whose office is located in Orlando, Florida. The Government does not object to the relief requested. For good cause shown, the court will grant defense counsel's request as outlined below.

Accordingly, it is now

**ORDERED:**

The Unopposed Motion to Direct Lee County Sheriff Mike Scott and the Lee County Jail to Make Arrangements So That Defendant Can Have a Legal Call (Unmonitored) With His Appellate Attorney of Record (Undersigned Counsel) (Doc. 150)

is **GRANTED**. Appellate Counsel Godfrey is directed to work with administrators at the Lee County Jail to set up an unmonitored legal call at a mutually-agreeable time and date.

**DONE AND ORDERED** at Fort Myers, Florida, this May 23, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record