UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.   CASE NO: 2:16-cr-68-FtM-38CM

JORGE GUERRERO-TORRES

## **ORDER**

This matter comes before the Court on the Unopposed Motion to Direct Lee County Sheriff Mike Scott and the Lee County Jail to Make Arrangements So That Defendant Can Have a Legal Call (Unmonitored) with His Appellate Counsel (Doc. #153) filed on January 16, 2019. Counsel moves the court to enter an order directing the jail to arrange for an unmonitored called between defendant and his appellate counsel. Counsel is located in Tampa so telephone conversations allow for the defendant to confer with counsel without the need for time consuming and costly travel. The jail has advised counsel that a court order was necessary to allow the defendant to have an unmonitored call with counsel. The government does not object to the relief requested.

Pursuant to the protocols of the Lee County Jail, a phone number that is submitted to the Bar Association is not recorded. However, if the inmate calls a number not including in that import, then it may be recorded. That said, the court will direct the jail to allow defendant to have an unmonitored call with appellate counsel at a mutually-agreeable time and date. Counsel indicates they will provide a 48-hour notice to the jail to set up a time and date, and because the phone call also needs to be coordinated with the interpreter.

Accordingly, it is now

**ORDERED:**

1. The Unopposed Motion to Direct Lee County Sheriff Mike Scott and the Lee County Jail to Make Arrangements So That Defendant Can Have a Legal Call (Unmonitored) with His Appellate Counsel (Doc. 153) is **GRANTED**.

2. The Lee County Jail is directed to allow defendant to contact his appellate counsel for an <u>unmonitored</u> legal call. Counsel shall provide 48-hour notice to coordinate a mutually-agreeable time with the jail and the necessary interpreter.

**DONE AND ORDERED** at Fort Myers, Florida, this January 24, 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record